**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Jose Maria Manjarres-Ramirez, | ) | |
| | ) | Case No.  1:09-mj-071 |
| Defendant. | ) | |

_____

On October 14, 2009, the Government filed a request for leave of court to file a dismissal of the Defendant's criminal complaint.  The court **GRANTS** the Government's request.  The above-entitled action is **DISMISSED**.

**IT IS SO ORDERED.**

Dated this 14th day of October, 2009.

*/s/  Charles S.  Miller, Jr.*
Charles S.  Miller, Jr.
United States Magistrate Judge